IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| APRIL GORDON,<br>    *Plaintiff*,<br><br>v.<br><br>JALAPENO TREE HOLDINGS,<br>LLC,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:13-CV-00050 |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Dismiss with Prejudice filed March 22, 2013 [de #6], seeking dismissal of the above entitled cause with prejudice. The court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED, that the above entitled cause be and the same is dismissed with prejudice.

**SIGNED this the 19th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE